

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 4th Floor
New York, New York 10007

April 2, 2007

BY HAND

Honorable John E. Sprizzo
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 730
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/6/07

                        Re:    Zahir v. Mueller
                                06 Civ. 4629 (JES)

Dear Judge Sprizzo:

**MEMO ENDORSED**

      I am writing respectfully to request an adjournment of the initial pretrial conference scheduled for Tuesday, April 10, 2007, in the above-referenced civil action, to a date and time convenient to the Court, because I will be out of town during the week of April 9-13, 2007, presenting a class at the Department of Justice's annual immigration litigation conference.

      Counsel for plaintiff, Joseph Hohenstein, Esq., has graciously consented to the requested adjournment. I thank the Court for its consideration of this request.

*[Handwritten endorsement: The pretrial conference shall be heard 5/3/07 at 3pm]*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
F. JAMES LOPREST, JR.
Special Assistant United States Attorney
Tel. No.: (212) 637-2728

cc:    BY TELEFACSIMILE
       AND FIRST CLASS MAIL

       Joseph Hohenstein, Esq.
       Orlow & Orlow, PC
       620 Chestnut Street, Suite 656
       Philadelphia, PA 19106

**APPLICATION GRANTED:**

_____
U.S.D.J.

4-5-07