UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
BESHIR MOHAMMAD ZAHIR,

        Plaintiff,

   - against -                        06 Civ. 4629 (JES)

ROBERT S. MUELLER, Director          **ORDER**
Federal Bureau of Investigations

Unknown US Federal Government
Agency or Agencies

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security

EMILIO GONZALEZ, Director
U.S. Citizenship and Immigration Services

MARY ANN GANTNER, District Director, U.S.
Citizenship and Immigration Services, NY

        Defendants.
------------------------------------------X

    Counsel to all parties in the above-captioned action having appeared before the Court for a Pre-Motion Conference on May 3, 2007, and plaintiff having sought leave of the Court to file an Amended Complaint, and the Court having considered all matters raised, it is

    **ORDERED** that, as discussed at the aforementioned Conference, plaintiff shall file his Amended Complaint on or before May 18, 2007; and it is further

    **ORDERED** that a Pre-Trial Conference shall occur on May 29, 2007 at 3:00 p.m. in Courtroom 21C, 500 Pearl Street.

Dated:   New York, New York
         May 8, 2007

                                              John E. Sprizzo
                                       United States District Judge