```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
BESHIR MOHAMMAD ZAHIR,

                Plaintiff,

        - against -                          06 Civ. 4629 (JES)

ROBERT S. MUELLER, Director                  ORDER
Federal Bureau of Investigations

Unknown US Federal Government
Agency or Agencies

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security

EMILIO GONZALEZ, Director
U.S. Citizenship and Immigration Services

MARY ANN GANTNER, District Director, U.S.
Citizenship and Immigration Services, NY

                Defendants.
--------------------------------------X
```

    Counsel to all parties in the above-captioned action having appeared before the Court for a Pre-Motion Conference on May 29, 2007, and defendants having sought leave of the Court to submit a Motion to Dismiss, and the Court having considered all matters raised, it is

    **ORDERED** that, as discussed at the aforementioned Conference, defendants shall be and hereby are granted leave to submit their Motion to Dismiss, not to exceed twenty five (25) pages, on or before June 28, 2007; and it is further

    **ORDERED** that plaintiff shall submit his Response to defendants' Motion, not to exceed twenty five (25) pages, on or before August 2, 2007; and it is further

    **ORDERED** that Oral Argument shall occur on September 11, 2007 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:    New York, New York
            May 30, 2007

                                                          John E. Sprizzo
                                               United States District Judge