MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:     F. JAMES LOPREST, JR. (FJL:3210)
Special Assistant United States Attorney
86 Chambers Street, Room 410
New York, New York 10007
Tel. No.:  (212) 637-2728

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BESHIR MOHAMMED ZAHIR,                          :

        Plaintiff,                                                   :
                                                                 NOTICE OF MOTION
          - v. -                                                    :
                                                                06 Civ. 4629 (JES)

ROBERT S. MUELLER, Director,                    :
Federal Bureau of Investigation; UNKNOWN           ELECTRONICALLY FILED
U.S. FEDERAL GOVERNMENT AGENCY OR  :
AGENCIES; MICHAEL CHERTOFF, Secretary
of the Department of Homeland Security;         :
EMILIO GONZALEZ, Director, U.S.
Citizenship and Immigration Services;           :
MARY ANN GANTNER, District Director,
U.S. Citizenship and Immigration Services, N.Y.;  :

        Defendants.                                           :
------------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the complaint and the exhibits annexed thereto; the declaration of F. James Loprest, Jr., dated June 29, 2007, and the exhibit annexed thereto; and the memorandum of law accompanying this notice, defendants Robert S. Mueller, Director of the Federal Bureau of Investigation ("FBI"); unknown United States federal Government agency or agencies; Michael Chertoff, United States Secretary of Homeland Security; Emilio Gonzalez, Director of United States Citizenship and Immigration Services ("CIS"); and Andrea Quarantillo, District Director of the CIS's New York District[1] (collectively, "defendants" or "Government"), by their attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court before the Honorable John E. Sprizzo, United States District Judge, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14C, New York, New York

---

[1] Andrea Quarantillo has succeeded Mary Ann Gantner as the District Director of the CIS's New York District and therefore should be substituted as a defendant, pursuant to Fed. R. Civ. P. 25(d)(1).

10007, on September 11, 2007, at 3:00 p.m., for an order dismissing the amended complaint of plaintiff Beshir Mohammed Zahir ("plaintiff" or "Zahir") for lack of subject matter jurisdiction and failure to state a claim upon which the Court may grant relief, pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure, and for such other relief as the Court deems proper.

Dated: New York, New York
June 29, 2007

          MICHAEL J. GARCIA
          United States Attorney for the
          Southern District of New York
          Attorney for Defendants

By: /S/
F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728
(FJL:3210)

TO: JAMES J. ORLOW, ESQ.
ORLOW & ORLOW, P.C.
620 Chestnut Street, Suite 656
Philadelphia, PA 19106