MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR. (FJL:3210)
Special Assistant United States Attorney
86 Chambers Street, Room 410
New York, New York 10007
Tel. No.: (212) 637-2728

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BESHIR MOHAMMED ZAHIR,                       :

        Plaintiff,                       :
                                          CERTIFICATE OF SERVICE
        - v. -                       :

                                        06 Civ. 4629 (JES)

ROBERT S. MUELLER, Director,                 :
Federal Bureau of Investigation; UNKNOWN         ELECTRONICALLY FILED
U.S. FEDERAL GOVERNMENT AGENCY OR            :
AGENCIES; MICHAEL CHERTOFF, Secretary
of the Department of Homeland Security;      :
EMILIO GONZALEZ, Director, U.S.
Citizenship and Immigration Services;        :
MARY ANN GANTNER, District Director,
U.S. Citizenship and Immigration Services, N.Y., :

        Defendants.                       :
------------------------------------------------------------------x

        F. JAMES LOPREST, pursuant to 28 U.S.C. § 1746, declares as follows:

        1.    I am a Special Assistant United States Attorney in the office of Michael J. Garcia, United States Attorney for the Southern District of New York.

        2.    On the 29th day of June, 2007, I caused service of a copy of the Government's Memorandum of Law in Support of its Motion to Dismiss the Complaint, Notice of Motion, and Declaration of F. James Loprest by placing the same in an envelope addressed as follows:

                James J. Orlow
                Orlow & Orlow, P.C.
                620 Chestnut St.
                Suite 656
                Philadelphia, PA 19106

3. I then sealed said envelope, and placed it in a designated location in the U.S. Attorney's Office for postage to be affixed to same, then brought to a depository designated by the U.S. Postal Service for mail pick-up.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York
this 29th day of June, 2007

                                                          /S/
                                      F. JAMES LOPREST, JR.
                                      Special Assistant United States Attorney
                                      86 Chambers Street, Room 410
                                      New York, New York  10007
                                      Tel. No.:  (212) 637-2728