**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
NEW YORK, NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/07

| | |
|---|---|
| **Beshir Mohammad Zahir** ) | |
| **Plaintiff** ) | |
| **v.** ) | |
| ) | Case No. 06 Civ. 4629 (JES) |
| **Robert S. Mueller, Director, FBI, et al.** ) | **Agency file A - 43-103-537** |
| ) | |

## STIPULATION

It is stipulated by and between Plaintiff by his attorney James J. Orlow, and Defendants by their attorneys Michael J. Garcia, U.S. Attorney for the Southern District of New York by James LoPrest, Esq., Assistant U.S. Attorney, that Plaintiff may have an additional week to file his Answer to Defendants' Motion to Dismiss. It is further agreed that the oral argument scheduled for September 11, 2007 be rescheduled at the Court's direction, which we understand to be October 23, 2007.


James J. Orlow, Esq.
Attorney for Plaintiff

Dated: 9/4/07


James LoPrest, Esq.
Assistant U.S. Attorney

Dated:


**SO ORDERED:**


9-10-07