United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BESHIR MOHAMMED ZAHIR,                    :

              Plaintiff,                                  :

              - v. -                                         :

ROBERT S. MUELLER, Director,              :
Federal Bureau of Investigation, et al.,
                                                           :
             Defendants.
------------------------------------------------------------x

STIPULATION AND ORDER

06 Civ. 4629 (JES)

WHEREAS defendant United States Citizenship and Immigration Services ("CIS") has scheduled an appointment on February 14, 2008, for petitioner to be interviewed in connection with his application for naturalized citizenship in the United States ("application"); and

WHEREAS defendants have indicated they will complete all necessary background checks and issue a final decision with respect to petitioner's application not later than March 10, 2008;

IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the above-captioned action be, and hereby is, removed from the Court's active consideration for sixty days from the date of entry of this Stipulation and Order.

Dated:   Philadelphia, Pennsylvania
         January 10, 2008

By: _____
ORLOW, KAPLAN & HOHENSTEIN, LLP
Attorneys for Plaintiff
JAMES J. ORLOW, ESQ.
696 Chestnut Street, Suite 656
Philadelphia, PA 19106
Tel. No.: (212) 922-1183

Dated:   New York, New York
         January 10, 2008

By: _____
MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondent

F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

SO ORDERED:

_____
HON. JOHN E. SPRIZZO
UNITED STATES DISTRICT JUDGE

1-14-08

TOTAL P.02