```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
BESHIR MOHAMMAD ZAHIR,

                Plaintiff,

        - against -                              06 Civ. 4629 (JES)

ROBERT S. MUELLER, Director                      ORDER
Federal Bureau of Investigations

Unknown US Federal Government
Agency or Agencies

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security

EMILIO GONZALEZ, Director
U.S. Citizenship and Immigration Services

MARY ANN GANTNER, District Director, U.S.
Citizenship and Immigration Services, NY

                Defendants.
-------------------------------------------X
```

Counsel to all parties in the above-captioned action having appeared before the Court, and the Court having considered all matters raised, it is

**ORDERED** that a Pre-Trial Conference shall occur on April 22, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:   New York, New York
         April  /  , 2008

                                     _____
                                            John E. Sprizzo
                                     United States District Judge