```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
BESHIR MOHAMMAD ZAHIR,

                    Plaintiff,
                                              06 Civ. 4629 (JES)
          - against -                              ORDER

ROBERT S. MUELLER, Director
Federal Bureau of Investigations

Unknown US Federal Government
Agency or Agencies

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security

EMILIO GONZALEZ, Director
U.S. Citizenship and Immigration Services

MARY ANN GANTNER, District Director, U.S.
Citizenship and Immigration Services, NY

                    Defendants.
------------------------------------------X
```

The above-captioned action having come before the Court, and the Government having filed a Motion to Dismiss dated June 29, 2007, and plaintiff having been naturalized on April 11, 2008, and plaintiff having filed a Motion to Dismiss dated April 17, 2008, and the Court having considered all matters raised, it is

**ORDERED** that plaintiff's Motion to Dismiss shall be and hereby is granted; and it is further

**ORDERED** that the Clerk of Court shall terminate all motions pending as of April 22, 2008 as moot and close the case.

Dated:   New York, New York
         April 22, 2008

                                        _____
                                             John E. Sprizzo
                                        United States District Judge